IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATE OF AMERICA,

    Plaintiff,

vs.                                              No. CR-16-2074 SCY

GILL PARKER PAYNE,

    Defendant.

## NOTICE OF UNAVAILABILITY

Amber Fayerberg notifies the Court and counsel of record that she will be unavailable and respectfully requests that the Court not set any hearings in this matter, if possible, on the following dates:  August 1-8, 22, 2016, and September 16-21, 2016.

                Respectfully submitted,

                FREEDMAN BOYD HOLLANDER
                GOLDBERG URIAS & WARD P.A.

                */s/ Amber Fayerberg*
                Amber Fayerberg
                20 First Plaza Center, NW Suite 700
                Albuquerque, NM 87102
                (505) 842-9960

                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that on the 17th day of May 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                */s/  Amber Fayerberg*
                Amber Fayerberg